IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANSELMO HERRERA,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-576-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Anselmo Herrera's motion for post conviction relief under 28 U.S.C. § 2255.

_By /s/ Lynn Koenig, Deputy Clerk_        8-22-12
Peter Oppeneer, Clerk of Court             Date